IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-70191 |
| RUBEN CARLOS GARCIA (xxx-xx-3856)<br>BRANDY CAROL GARCIA (xxx-xx-1579)<br>5116 PROFESSIONAL APT 87<br>WICHITA FALLS, TX  76302 | Chapter 13 |
| DEBTORS | |

### NOTICE OF HEARING AND THE RIGHT TO OBJECT:

PLEASE TAKE NOTICE that on October 16, 2019 10:00 am at the following location:

VIDEO HEARING:  US COURTHOUSE ROOM 216A, 10TH AND LAMAR STREETS, WICHITA FALLS, TX  76301

### DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtors' counsel  (or the Debtors if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE- HEARING DATE BELOW.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON October 16, 2019 at 8:30 AM AT THE FOLLOWING ADDRESS:

LOCATION:  US COURTHOUSE ROOM 303, 10TH AND LAMAR STREETS,, WICHITA FALLS, TX 76301

DEBTOR'S(S') COUNSEL SHALL ADVISE THIER CLIENTS IF THEIR ATTENDANCE AT ANY HEARING OR PRE-HEARING IS REQUIRED.

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors;  Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

    RUBEN CARLOS GARCIA, BRANDY CAROL GARCIA, 5116 PROFESSIONAL APT 87, WICHITA FALLS, TX  76302
    MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301
    AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA  19422
    HILLCREST DAVIDSON & A, ATTN: BANKRUPTCY, 715 N GLENVILLE - SUITE 450, RICHARDSON, TX  75081
    INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317
    INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346
    SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX  75007
    TITLE MAX, 2823 SOUTHWEST PARKWAY, SUITE 100, WICHITA FALLS, TX  76308
    TRANS STAR AMBULANCE, 4312 CALL FIELD RD STE 300, WICHITA FALLS, TX  76308
    UNITED REVENUE CORP., 204 BILLINGS STREET, SUITE 120, ARLINGTON, TX  76010
    UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX  76102-6882
    US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC  20530
    WICHITA FALLS TFCU, 4301 BARNETT RD, WICHITA FALLS, TX  76310
    WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

    /s/ Robert B. Wilson
    Robert B. Wilson