IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-70191 |
| RUBEN CARLOS GARCIA (xxx-xx-3856)<br>BRANDY CAROL GARCIA (xxx-xx-1579)<br>5116 PROFESSIONAL APT 87<br>WICHITA FALLS, TX  76302 | Chapter 13 |
| DEBTORS | |

### (CONTINUED) NOTICE OF  HEARING AND THE RIGHT TO OBJECT :

PLEASE TAKE NOTICE that on November 13, 2019 10:00 am at the following location:

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TX  76301

### DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtors' counsel  (or the Debtors if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE- HEARING DATE BELOW.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON November 13, 2019 at 8:30 AM AT THE FOLLOWING ADDRESS:

LOCATION:  US COURTHOUSE ROOM 303, 10TH AND LAMAR STREETS,, WICHITA FALLS, TX 76301

DEBTOR'S(S') COUNSEL SHALL ADVISE THIER CLIENTS IF THEIR ATTENDANCE AT ANY HEARING OR PRE-HEARING IS REQUIRED.

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors;  Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

RUBEN CARLOS GARCIA, BRANDY CAROL GARCIA, 5116 PROFESSIONAL APT 87, WICHITA FALLS, TX  76302
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX  76301
AR RESOURCES, INC., ATTN: BANKRUPTCY, PO BOX 1056, BLUE BELL, PA  19422
DIRECTV LLC BY AMERICAN INFOSOURCE LP AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK  73118
DIRECTV LLC BY AMERICAN INFOSOURCE LP AS AGENT, PO BOX 5008, CAROL STREAM, IL  60197-5008
HILLCREST DAVIDSON & A, ATTN: BANKRUPTCY, 715 N GLENVILLE - SUITE 450, RICHARDSON, TX  75081
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346
SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX  75007
TITLE MAX, 2823 SOUTHWEST PARKWAY, SUITE 100, WICHITA FALLS, TX  76308
TRANS STAR AMBULANCE, 4312 CALL FIELD RD STE 300, WICHITA FALLS, TX  76308
UNITED REVENUE CORP., 204 BILLINGS STREET, SUITE 120, ARLINGTON, TX  76010
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX  76102-6882
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC  20530
WICHITA FALLS TFCU, 4301 BARNETT RD, WICHITA FALLS, TX  76310
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

/s/ Robert B. Wilson
Robert B. Wilson