BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Ruben Carlos Garcia § Case No.:  19−70191−hdh13
Brandy Carol Garcia § Chapter No.:  13
5116 Professional Apt 87 §
Wichita Falls, TX 76302 §
§ Debtor(s) §
§

# NOTICE OF FILING OF PROOF OF CLAIM

In accordance with Bankruptcy Rule 3004, notice is hereby given that on November 6, 2019 a Proof of Claim was filed by the debtor on behalf of Title Max in the total amount of $1500.00.

A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442−6850.

DATED:  11/7/19             FOR THE COURT:
                            Robert P. Colwell, Clerk of Court

                            by: /s/Courtney Banks, Deputy Clerk

United States Bankruptcy Court
Northern District of Texas

In re:  
Ruben Carlos Garcia  
Brandy Carol Garcia  
    Debtors

Case No. 19-70191-hdh  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0539-7     User: cbanks     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                      Form ID: BTXN050    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
18656966     +Title Max,    2823 Southwest Parkway, Suite 100,    Wichita Falls, TX 76308-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
        Monte J. White    on behalf of Joint Debtor Brandy Carol Garcia
         ecfnotices-noreply@montejwhite.com;wf.ecf@aol.com
        Monte J. White    on behalf of Debtor Ruben Carlos Garcia
         ecfnotices-noreply@montejwhite.com;wf.ecf@aol.com
        Robert B. Wilson    cmecf@ch13-12westtex.org
        United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                TOTAL: 4